IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In re: Nomination Paper of Caroline : 
Avery for Representative in Congress : 
from the 1st Congressional District : 
                     :    No. 392 M.D. 2022
                     : 
Objection of: David R. Breidinger, Ellen : 
Cox, and Diane Dowler : 

**PER CURIAM**                 **O R D E R**

      **NOW**, September 1, 2022, it is ordered that the above-captioned Memorandum Opinion, filed August 23, 2022, shall be designated OPINION and shall be REPORTED.